Case 2:18-cv-00100   Document 61   Filed on 05/16/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LARRY TROY EADS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-100 |
| § | |
| AEP TEXAS, INC.; aka AEP CENTRAL § | |
| TEXAS COMPANY, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 60), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 16th day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE